IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HENRY ARTICA,**

      **Plaintiff,**

vs.                                            No. 1:12-CV-01089 KBM/LAM

**ALBERTSON'S, LLC,**

      **Defendant.**

## ORDER EXTENDING DEADLINE TO DISCLOSE EXPERTS

      **THIS MATTER** is before the Court upon the unopposed motion by Defendant, Albertsons, LLC, to extend the Defendant's deadline to disclose expert witnesses and the supporting report and documents in this case from April 15, 2013 to April 26, 2013. [*Doc. 46*]. The motion is confusing because Defendant repeatedly refers to "Plaintiff's" deadline to disclose experts. However, since Plaintiff's deadline to disclose experts ran on March 22, 2013 (*see Doc. 42*), it appears that Defendant is asking for Defendant's deadline to be extended, not Plaintiff's deadline. Having considered the motion and being otherwise fully advised in the premises, the Court finds that the motion is well taken and should be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Defendant's motion to extend Defendant's deadline to disclose expert witnesses and the supporting report and documents in this case is **GRANTED** and Defendant's expert witness disclosure and accompanying reports are now due **April 26, 2013**.

      **IT IS SO ORDERED.**

                                                                   _____
                                                                   **LOURDES A. MARTINEZ**
                                                                   **UNITED STATES MAGISTRATE JUDGE**

**SUBMITTED BY:** *(Prior to modification by the Court)*

BUTT THORNTON & BAEHR PC

/s/ *Phillip W. Cheves*
Phillip W. Cheves
Attorney for Defendant
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
***Attorneys for Defendant***


APPROVED AS TO FORM:

M<small>C</small>B<small>RIDE</small>, S<small>CICCHITANO</small> & L<small>EACOX</small>, P.A.

/s/ Electronically approved by Nicholas A. Norden
Attorney for Plaintiff on 04/05/13
Rodney L. Gabaldon
Nicholas A. Norden
2155 Louisiana Blvd. NE, Suite 2200
Albuquerque, NM  87110
(505) 796-8092
rgabaldon@mslfirm.com
NNorden@mslfirm.com
***Attorneys for Plaintiff***